NICHOLAS TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
JAMIE MICKELSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336 / FAX: (702) 388-5087
Jamie.Mickelson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: **1924 Coralino Drive Henderson, Nevada** | Case No. 2:20-mj-00667-BNW |
| IN THE MATTER OF THE SEARCH OF: **The Person of Brandon Casutt** | Case No. 2:20-mj-00668-BNW |
| IN THE MATTER OF THE SEARCH OF: **INFORMATION ASSOCIATED WITH EMAIL ACCOUNTS: 2skydesign@gmail.com, and skylersCFfoundation@gmail.com, HOSTED BY GOOGLE LLC, 1600 AMPHITHEATRE PARKWAY, CITY OF MOUNTAIN VIEW, STATE OF CALIFORNIA** | Case No. 2:20-mj-00669-BNW |

IN THE MATTER OF THE SEARCH OF:

**INFORMATION ASSOCIATED WITH EMAIL ACCOUNT**

**bcasutt@hotmaiI.com**

**HOSTED BY MICROSOFT CORPORATION
ONE MICROSOFT WAY, CITY OF
REDMOND, STATE OF WASHINGTON**

Case No. 2:20-mj-00670-BNW

## Motions to Unseal

The United States of America, by Nicholas Trutanich, United States Attorney, and Jamie Mickelson, Assistant United States Attorney, herby moves this Court for an Order to unseal the above captioned case numbers.

This search warrants were authorized by Honorable Brenda N. Weksler, United States Magistrate Judge, District of Nevada, on August 10, 2020, and sealed at that time to protect the integrity of an ongoing investigation. On August 25, 2020, a five-count complaint against Brandon Casutt was unsealed in the District of Nevada, and Casutt made his initial appearance before the Honorable Elayna J. Youchah.  Accordingly, the need for sealing no longer exists, and the Government seeks to unseal the above captioned matters so that documents can be provided in discovery.

DATED this 26th day of August, 2020.

Nicholas Trutanich
United States Attorney

 */s/ Jamie Mickelson*
Jamie Mickelson
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>**INFORMATION ASSOCIATED WITH EMAIL ACCOUNT**<br><br>**bcasutt@hotmaiI.com**<br><br>**HOSTED BY MICROSOFT CORPORATION**<br>**ONE MICROSOFT WAY, CITY OF REDMOND, STATE OF WASHINGTON** | Case No. 2:20-mj-00670-BNW<br><br>**ORDER TO UNSEAL** |

Based upon the Motion of the Government, and good cause appearing, the Court orders that the above captioned matter and all documents filed therein are unsealed.

This __31st__ day of August, 2020.

IT IS SO ORDERED:

_____

HON. BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

6